U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

April 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *Samnel Ceridor v. Mayorkas, et al.*, No. 22 Civ. 1605 (VEC)

Dear Judge Caproni:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request that the initial conference presently scheduled for May 6, 2022, be adjourned until on or after May 20, 2022.

I respectfully request the adjournment because the plaintiff served this Office by mail on March 14, 2022, and thus, the response to the complaint is not due until May 13, 2022. *See* Fed. R. Civ. P. 12(a)(2), 6(d). The government is still determining the status of the plaintiff's application, as well as the next steps in the adjudicative process. Therefore, the government respectfully submits that an adjournment of the initial conference until May 20, 2022 (*i.e.*, the Friday of the week following the current deadline for the government's response to the complaint) or thereafter would be in the interests of efficiency and conservation of judicial and party resources. This is the first request to adjourn the initial conference. Counsel for the plaintiff consents to this request.

I thank the Court for its consideration of this letter.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

By:   *s/ Jacqueline Roman*
          JACQUELINE ROMAN
          Special Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Telephone: (347) 714-3363
          E-mail: jacqueline.roman@usdoj.gov
          *Attorney for Defendants*

cc: Counsel of record (via ECF)

Application GRANTED.  The Initial Pre-Trial Conference currently scheduled for May 6, 2022, at 3:00 p.m. is hereby ADJOURNED until **May 27, 2022, at 10:30 a.m.**  Pre-conference submissions as described in the Court's order at Docket 6 are due not later than **May 19, 2022**.

SO ORDERED.

4/26/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE